**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:   The State of Texas v. Sean Michael McGuire

Appellate case number:   01-14-01023-CR

Trial court case number:   10-DCR-055898

Trial court:   240th District Court of Fort Bend County

On June 2, 2015, appellant filed the State's Motion for Judicial Notice. On June 10, 2015, appellant filed the State's Motion to Withdraw Motion for Judicial Notice and Motion for Leave to Amend its Brief. We **GRANT** the June 10, 2015 motion, **DISMISS** the June 2, 2015 Motion for Judicial Notice, and accept appellant's amended brief as filed on June 10, 2015.

It is so ORDERED.

Judge's signature: _/s/ Harvey Brown
                                 X  Acting individually

Date: June 23, 2015